IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFF CHOUINARD | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| PERFECTION SNACKS, et al. | : | NO. 22-3276 |

## ORDER

AND NOW, this 3rd day of August 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of plaintiff Jeff Chouinard for summary judgment on Counts II, III, V, VI, VII, VIII, IX, and X of Chouinard's amended complaint (Doc. #24) is DENIED;

(2) The motion of defendants Perfection Snacks, Pretzel Perfection, LLC, and Amy Holyk for summary judgment on Counts I, II, III, VI, VII, VIII, IX, and X (Doc. #25) is GRANTED; and

(3) Count V of Chouinard's amended complaint remains for trial.

BY THE COURT:

/s/  Harvey Bartle III
                    J.